FEDERAL DEPOSIT INSURANCE CORPORATION,
*Plaintiff,*

*v.*

HARSCH et al,
*Defendants,*

FEDERAL DEPOSIT INSURANCE CORPORATION,
*Respondent,*

*v.*

STINSON,
*Appellant.*

(16-84-02108; CA A39489)

741 P2d 920

Graham Walker, Portland, argued the cause and filed the briefs for appellant.

William R. Turnbow, Eugene, argued the cause for respondent. With him on the brief were Janice C. Goldberg and Hershner, Hunter, Moulton, Andrews & Neill, Eugene.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Cross-defendant (defendant) appeals from the trial court's judgment for cross-plaintiff Federal Deposit Insurance Corporation (FDIC). For the reasons stated in *FDIC v. Schell,* 87 Or App 159, 741 P2d 916 (1987), we reject defendant's assignments on the substantive issues and the last of his three assignments challenging the award of attorney fees to FDIC. The arguments which defendant makes in support of the other assignments relating to the attorney fees issue are so ill-defined that they are not susceptible to review.

Affirmed.